United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs- Case No. 2:19-cr-162

Hussein Guled Adam

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date: July 24, 2019 @ 1:30 p.m. | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Jessica Knight |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Steve Brown |
| Interpreter | | Pretrial/Probation: | |
| Log In | 1:50 p.m. | Log Out | 1:57 p.m. |

Defendant advised of rights, charges, and penalties.

Defendant has retained counsel.

Government does not seek detention.

Order setting conditions of release issued.

Government moves to unseal case. The motion is granted.