IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

 -vs-                                          CASE NO. 2:19-CR-162
                                                   JUDGE MORRISON

HUSSEIN GULED ADAM,

    Defendant.

<u>UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL
AND FOR EXTENSION OF DEADLINES</u>

    Now comes Defendant, Hussein Guled Adam, by and through undersigned counsel, and respectfully moves the Court for an Order continuing the trial scheduled for September 23, 2019 and extending the schedule for motions and other pretrial filings. The reasons in support of this Motion are more fully set forth in the Memorandum below.

                                                    _____
                                                   Steven M. Brown (0013000)
                                                   5664 Montridge Lane
                                                   Dublin, Ohio 43016
                                                   (614) 461-8900
                                                   stevebrownatty@gmail.com
                                                   Trial Attorney for Defendant

<u>MEMORANDUM IN SUPPORT</u>

    Undersigned counsel is continuing to review the discovery provided to date, and he understands that there may be additional discovery forthcoming that will require review. The requested continuance would allow undersigned counsel to complete the review of discovery and intelligently discuss the specifics of the discovery with Defendant. Additional time to review the discovery is also necessary to allow undersigned counsel to adequately engage in plea negotiations

and/or prepare for trial.

Defendant submits that the ends of justice served by the continuance outweigh the best interest of the public and Defendant in a speedy trial, and a failure to grant the requested continuance will result in a miscarriage of justice. Defendant hereby waives his speedy trial rights for the period of the continuance, pursuant to 18 U.S.C. 3161. The Government does not oppose this Motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon Jessica Knight, Esq. via email and ECF on this 19th day of August, 2019.

_____
Steven M. Brown (0013000)
5664 Montridge Lane
Dublin, Ohio 43016
(614) 461-8900
stevebrownatty@gmail.com
Trial Attorney for Defendant